Mikeal Glenn Stine # 55436-098
FMC/Butner
P.O. Box 1600
Butner N.C. 27509

RECEIVED
2025 FEB -3 P 1:51
U.S. COURT OF APPEALS
FOURTH CIRCUIT

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Mikeal Glenn Stine Petitioner/Movant. | Case No. ____ |
| Vs. | U.S. Dist. Court No. 24-Ct-03277-M-RJ |
| U.S.D.C./Eastern Dist. of North Carolina Re: Stine V. Lisa Rider et. al. Case NO. 24-Ct-03277-M-RJ. Respondent | |

## — "VERIFIED PETITION FOR WRit OF MANDAMUS" —

## (I). STATEMENT OF FACTS:

(a). Petitioner filed the above Case at the United States District Court FOR THE Eastern District of North Carolina. The Case Stated A Claim of Imminent Danger and the Petitioner on ( 11-19-24 ) filed Emergency Verified Motion FOR TEMPORARY Restraining ORDER/Preliminary INJunction Supported with Declarations and other evidence showing the utmost imminent Danger the Court ignored and the Petitioner has now suffered Physical INjury and the acts are Exacerbating daily that will likely result in the Petitioners death, unless this Court orders Immediate action, of TRO/Preliminary INJunction,

(b). The U.S. District Court Appears to be IGNoring the Emergency TRO/Preliminary InJunctions And Exhibits because they Are filed by A Prisoner, And Simply Put the in-action of the District Court SlAP's the face of TRO/Preliminary InJunction Rule 65 Fed.R.Civ.P. As Ample time Having Passed.. Without Any Reason for The District Court to take No Action At All... The facts Any Reasonable Court Would HAve immediately issued A Temporary Restraining ORder/Held Evidentiary Hearing, then took WhatEver Action Deemed Necessary.

(II) RElief ReQuested:

(c). Wherefore With Good Cause The Petitioner ReQuests This Court issue Expedited order to the U.S. District Court to issue TRO That Will Protect the Petitioner While the District Court Schedules Expedited Evidentiary Hearing to fully Evaluate the issues And Hear Witness testimony of Staff And inmates, and at Conclusion issue what injunctive orders Are necessary to Protect Petitioner and ensure that Constitution is being followed, by Federal Agency (BoP).

* Additionally the District Court Should Explore Appointing Counsel for Petitioner, Especially for evidentiary Hearing, And if Not issue order allowing Petitioner to Meet And Prepare His Witnesses. (Eight inmates And Eight Staff) of Federal Complex Butner.. And the Court Should order WArden David Rich to Meet With Petitioner to determine What Witnesses Will be Necessary "(Note WArden Rich Must Meet Personally With Petitioner to discuss Possible Resolution of the Case Prior to Scheduled Evidentiary Hearing)": WArden Rich SHAll insure all Staff and INMATES At Butner Complex Are Available For Direct Examination on The Date the Clerk Schedules the Evidentiary Hearing for, unless Resolved, if Resolved Must immediately Notify the District Court.

(d). Whatever Else this Court Deems Necessary And Will Serve Justice.

Respectfully Submitted This 27th Day of Jan. 2025

Mikeal Glenn Stine
Mikeal Glenn Stine #55436-098

"CERTIFICATE OF SERVICE"

HON. Richard E. Myers II / Chief Judge
U.S. Dist. Court / Eastern Dist. of North Carolina
Western Division
P.O. Box 25670
Raleigh, N.C. 27611

A True Copy Placed in First Class Mail Ample Postage Affixed To The Above U.S. Dist. Judge, Re: Stine V. Lisa Rider et al. No. 24-ct-03277-M-RJ This 27th day of Jan 2025.

Mikeal Glenn Stine
Mikeal Glenn Stine #55436-098

Clerk
3 - Seperate Actions
Enclosed

Name: Mikeal Glenn Stine Number: #55436-098
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
29 JAN 2025 PM 4 L

Clerks OFFICE
U.S. Court of Appeals For Fourth Circuit
United STATES ANNex
1100 E. Main Street, Suite 501
Richmond, Virginia,
23219-3525

**RECEIVED**
**U.S. MARSHALS**

Legal Mailed 1/27/25

23219-353825